**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD DAVIS, | ) | |
| | ) | **Civil Action No.   1:26-cv-8562** |
| Plaintiff, | ) | |
| | ) | **COMPLAINT FOR DAMAGES** |
| v. | ) | |
| | ) | |
| UNITED AIRLINES, INC., | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |

The Plaintiff, RICHARD DAVIS, by his attorneys, Kreindler & Kreindler LLP and Smith LaCien LLP, as and for his Complaint against Defendant, UNITED AIRLINES, INC., alleges the following upon information and belief:

## PARTIES

1.      Plaintiff, RICHARD DAVIS, is an individual and resident of Fort Washington, Maryland.

2.      Defendant, UNITED AIRLINES, INC. ("UNITED"), is a Delaware corporation with its principal place of business in Illinois, with its headquarters located in this judicial district.

3.      At all times mentioned herein, Defendant, UNITED, was and is a common carrier engaged in the business of transporting passengers for hire by air.

## JURISDICTION AND VENUE

4.      Plaintiff, RICHARD DAVIS, invokes the subject matter jurisdiction of this Court pursuant to 28 U.S.C. § 1331, because this case presents a federal question pursuant to the Convention for the Unification of Certain Rules for International Carriage by Air done at Montreal

on May 28, 1999 (the "Montreal Convention").

5. This Court enjoys subject matter jurisdiction under Article 33(1) of the Montreal Convention because Defendant's domicile and principal place of business is in Illinois.

6. This Court enjoys personal jurisdiction over Defendant, UNITED, because its principal place of business is in Illinois.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1) because Defendant, UNITED, resides in this judicial district.

**CLAIM FOR PERSONAL INJURIES**
**PURSUANT TO THE MONTREAL CONVENTION**

8. On July 21, 2024, Defendant, UNITED, owned, leased, operated and/or otherwise controlled a commercial aircraft (the "subject aircraft"), designated as United Airlines UA 934 from Newark Liberty International Airport (EWR), in Newark, New Jersey to London Heathrow Airport (LHR), in Hounslow, United Kingdom (the "subject flight").

9. On July 21, 2024, Plaintiff, RICHARD DAVIS, was a fare-paying passenger lawfully aboard the subject flight and was traveling on an international itinerary on flights operated by Defendant, UNITED, from Dulles International Airport (IAD) in Dulles, Virginia, to Newark International Airport, to London Heathrow Airport, and returning the same way with a destination of Dulles International Airport.

10. On July 21, 2024, the subject flight was conducted on an aircraft owned, leased, operated, staffed, or otherwise controlled by the Defendant, UNITED.

11. On July 21, 2024, Defendant, UNITED, was responsible for the service, maintenance, inspection, and/or repair of the subject aircraft.

12. On July 21, 2024, Defendant, UNITED, employed a flight crew responsible for the safe and secure operation of the subject flight, including but not limited to the safety and well-

being of its passengers.

13. On July 21, 2024, Defendant, UNITED, was responsible for the training, management, supervision, and/or control of its flight crew aboard the subject flight, including but not limited to the crew's adherence to standard safety regulations, policies and protocols.

14. On July 21, 2024, while seated aboard the subject aircraft, Plaintiff, RICHARD DAVIS, was caused to become injured when the subject aircraft touched down at LHR and a luggage bin above his seat suddenly popped open and a large and heavy object fell out and struck him on his head and right shoulder.

15. As a result of the large and heavy object forcefully striking him, Plaintiff, RICHARD DAVIS, sustained several injuries to his right shoulder requiring arthroscopic surgery.

16. Plaintiff was injured by an "accident" as defined by Article 17 of the Montreal Convention because his injuries were caused by an unexpected or unusual event or occurrence external to him, and not by his own internal reaction to the ordinary operation of the aircraft.

17. As a direct and proximate result of the aforesaid accident, Plaintiff, RICHARD DAVIS, was injured.

18. As a direct and proximate result of the aforesaid accident, Plaintiff, RICHARD DAVIS, was seriously injured.

19. As a direct and proximate result of the aforesaid accident, Plaintiff, RICHARD DAVIS, suffered great pain, agony and mental anguish, and in the future shall continue to suffer from same.

20. As a direct and proximate result of the aforesaid accident, Plaintiff, RICHARD DAVIS, was forced to expend great sums of money on medical treatment and in the future shall continue to expend sums of money on same.

21.     As a direct and proximate result of the aforesaid accident, Plaintiff, RICHARD DAVIS, was deprived of his enjoyment of life, pursuits and interests and in the future shall continue to be deprived of same.

22.     As a direct and proximate result of the foregoing, Defendant, UNITED, is liable to pay full, fair and reasonable damages to Plaintiff, RICHARD DAVIS, pursuant to the Montreal Convention.

23.     Defendant, UNITED, cannot meet its burden under Montreal Convention Article 21(2)(a) of proving that its negligence did not cause or contribute to the aforesaid accident and the resulting injuries to Plaintiff, RICHARD DAVIS.

24.     Defendant, UNITED, cannot meet its burden under Article 21(2)(b) of the Montreal Convention. No contributory negligence is attributable to Plaintiff and his injuries were not caused by the acts of third parties.

WHEREFORE, Plaintiff, RICHARD DAVIS, hereby demands a trial by jury and for a judgment to be entered against Defendant, UNITED AIRLINES, INC., in an amount to be determined at trial, together with interest, costs and disbursements of this action.

## JURY DEMAND

Plaintiff demands a jury.

Dated: July 20, 2026
        Chicago, Illinois

SMITH LACIEN LLP

*/s/ Brian LaCien*

_____

Brian LaCien
Three First National Plaza
70 West Madison

Suite 2250
Chicago, IL 60602
Tel. (224) 243-7070
blacien@smithlacien.com

KREINDLER & KREINDLER LLP

Erin R. Applebaum – Pro Hac Vice Pending
Taylor Sandella – Pro Hac Vice Pending
485 Lexington Avenue, Floor 28
New York, NY 10017
Tel. (212) 687-8181
eapplebaum@kreindler.com
tsandella@kreindler.com

*Attorneys for Plaintiff*